# 862     CASES REPORTED WITH BRIEF SYLLABI.

EUGENE A. RUDIGER and JOHN M. RUDIGER, Respondents, v. JAMES S. COLEMAN and Others, Appellants.— Motion granted to the extent of allowing defendants to withdraw from their account the item of $329.99 for insurance premiums and items aggregating $681.54, payment to Robert McCord for leases, etc.; otherwise, motion denied, without costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ. Settle order on notice before Mr. Justice Young.

CHARLES L. SANKEY, Suing on His Own Behalf, etc., Appellant, v. METROPOLITAN FINANCE CORPORATION and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

CHARLES L. SANKEY, Suing on His Own Behalf, etc., Appellant, v. METROPOLITAN FINANCE CORPORATION and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

AGNES SCHUBERT, Respondent, v. HARRY HORZ, Appellant, and CITY OF NEW YORK and Others, Defendants.— Motion to dismiss appeal granted, without costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

JOHN A. KILMORE, Respondent, v. JAMES F. A. CLARK and Others, Appellants. EDWARD S. LITTLE and Others, Defendants.— Appeal dismissed, without costs. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

EUGENE A. RUDIGER and JOHN M. RUDIGER, Respondents, v. JAMES S. COLEMAN and Others, Appellants.— Order denying motion for extra allowance affirmed, without costs, and order signed. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

AGNES SCHUBERT, Respondent, v. THE CITY OF NEW YORK and Another, Defendants, and HARRY HERZ, Appellant.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

MAX WULFSOHN and Others, Respondents, v. RUSSIAN SOCIALIST FEDERATED SOVIET REPUBLIC, Appellant.— Motion for leave to appeal to the Court of Appeals granted, and question certified as follows: " Can the defendant, which has not been recognized as a sovereign State by the United States government, be sued in the courts of this State as a foreign corporation? " Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

CHARLES COHEN and CASPER KUTNER, Respondents, v. ROSEVALE REALTY COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

HARRY S. CRAWFORD, Appellant, v. AMELIA WOODS and Another, Defendants, Impleaded with ABRAHAM STEPIAN and ABRAHAM KERN, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

JACOB DETZEL, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Order setting aside verdict and granting new trial unanimously